AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) – Driving Under the Influence of Alcohol
36 C.F.R. § 1004.23(a)(2) – Driving With B.A.C. Above 0.08%

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Not more than six months imprisonment, a $5,000 fine, and a $10 special assessment fee on both counts.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**
▶ RYAN SCHRADER

**DISTRICT COURT NUMBER**
CR 07 0605 MAG

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Office of the Inspector General, Social Security Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM — **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) **WENDY THOMAS**

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... If Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,       ) No.
13 |                                  )
   |         Plaintiff,               ) VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) -
14 |                                  ) Driving Under the Influence of Alcohol
   |                                  ) (Class B Misdemeanor); 36 C.F.R. §
15 |         v.                       ) 1004.23(a)(2) - Driving with a Blood
   |                                  ) Alcohol Content Above 0.08% (Class B
16 |                                  ) Misdemeanor)
   | RYAN ALLEN SCHRADER,            )
17 |                                  )
   |                                  ) SAN FRANCISCO VENUE
18 |         Defendant.                )
   |_____)
19
                        I N F O R M A T I O N
20
21 The United States Attorney charges:
22 COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Driving under the Influence of Alcohol
23    On or about August 3, 2007, in the Northern District of California, within the boundaries of
24 an area administered by the Presidio Trust, the defendant,
25                        RYAN ALLEN SCHRADER,
26 did operate and was in actual physical control of a motor vehicle while under the influence of
27 alcohol to a degree that rendered it incapable of safe operation, in violation of Title 36, Code of
28 Federal Regulations, Section 1004.23(a)(1).

INFORMATION

1  COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Driving with a Blood Alcohol Content above 0.08%
2       On or about August 3, 2007, in the Northern District of California, within the boundaries of
3  an area administered by the Presidio Trust, the defendant,
4                           RYAN ALLEN SCHRADER,
5  did operate and was in actual physical control of a motor vehicle while having at least 0.08
6  percent, by weight, of alcohol in his blood and breath, in violation of Title 36, Code of Federal
7  Regulations, Section 1004.23(a)(2).

9  DATED: 9/21/07

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        GREGG W. LOWDER
                                        Deputy Chief, Major Crimes Section

   (Approved as to form: _____)
                        WENDY THOMAS
                        Special Assistant United States Attorney

INFORMATION