1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    BRIAN STRETCH (CABN 163973)
3   Chief, Criminal Division

4   WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-6809
7       Fax: (415) 436-7234

8   Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )    Case No. CR 07-0605 MAG
                                     )
13          Plaintiff,               )
                                     )
14      v.                           )    **MOTION FOR SUMMONS**
                                     )
15  RYAN SCHRADER,                   )
                                     )
16          Defendant.               )
    _____)

17

18      Based on the facts set forth in the Declaration of Jalyn Wang in Support of the United

19  States' Motion for Summons, the United States hereby requests that the Court issue a summons

20  for defendant Ryan Schrader, 2730 Franklin St. #3, San Francisco, 94123. The facts set forth in

21  the Declaration demonstrate that probable cause exists to summon the defendant to answer the

22  Information that has been filed by the United States Attorney.

23
24                              Respectfully submitted,

25                              SCOTT N. SCHOOLS
                                United States Attorney
26
    Dated:  9/26/07                        _____/s/_____
27                              WENDY THOMAS
                                Special Assistant United States Attorney
28

MOTION FOR SUMMONS
Case No. CR 07-0605 MAG