SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07 0605 MAG |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR SUMMONS |
| RYAN SCHRADER, | |
| Defendant. | |

Having reviewed the Declaration of Jalyn Wang, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Ryan Schrader, 2730 Franklin St., #3, San Francisco, CA 94123, to appear on October 19, 2007 at 9:30 am before Magistrate Judge Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 10/1/07

NANDOR J. VADAS
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0605 MAG