SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0605 MAG |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| RYAN SCHRADER, | ) | |
| Defendant. | ) | |

On November 30, 2007, the parties appeared before the Honorable Judge Bernard Zimmerman in the above matter for an initial appearance. At that time, the defendant was not present and the government's request to issue an order to summons the defendant was granted.

Accordingly, the Clerk of Court is directed to issue a Summons directing the defendant, Ryan Schrader, 2730 Franklin Street, # 3, San Francisco, California 94123, to appear on January 8, 2008, at 9:30 a.m. before Magistrate Judge Elizabeth D. Laporte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0605 MAG