| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 01 min | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lili M. Harrell | | | REPORTER/FTR<br>FTR 10:18am - 10:19am | |
| MAGISTRATE JUDGE<br>Elibeth D. Laporte | | DATE<br>January 8, 2008 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR 07-0605 MAG |
| **APPEARANCES** | | | | | | |
| DEFENDANT<br>Ryan Schrader | AGE | CUST<br>N | P/NP<br>NP | ATTORNEY FOR DEFENDANT<br>Steve Kalar | | PD. ☐  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Derek Owens | | INTERPRETER | | FIN. AFFT ☐<br>SUBMITTED | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | |
| ☒ INITIAL APPEAR<br>Not held | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS<br>re counsel |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC | | ☐ ATTY APPT<br>HEARING |
| **INITIAL APPEARANCE** | | | | | | |
| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME | | |
| **ARRAIGNMENT** | | | | | | |
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | |
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | | ☐ REMANDED<br>TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |
| **PLEA** | | | | | | |
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT<br>FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | |
| TO: | ☐ ATTY APPT<br>HEARING | | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | | ☐ STATUS /<br>TRIAL SET |
| AT: | ☐ SUBMIT FINAN.<br>AFFIDAVIT | | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION<br>HEARING | | | ☐ MOTIONS | | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | | ☒ PROB/SUP REV.<br>HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | |

Court grants Govt's oral motion for issuance of a bench warrant for defendant's failure to appear pursuant to 18:3146