JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-07-0605 MAG |
| Plaintiff, | **MOTION FOR BENCH WARRANT** |
| v. | |
| RYAN A. SCHRADER, | |
| Defendant. | |

     Based on the facts set forth in the Declaration of Adam Maldonado, the United States moves for the issuance of a bench warrant for the defendant Ryan A. Schrader.  The facts contained in the Declaration of Adam Maldonado establish that the defendant failed to appear in court for his initial appearance on multiple occasions.  The facts further establish that there is probable cause to believe that the defendant, Ryan A. Schrader, has committed the crimes with which he has been charged.

     Thus, the United States respectfully requests that the Court issue an arrest warrant with

//

//

MOTION FOR BENCH WARRANT
Case No. CR-07-0605-MAG

bail set in the amount of $10,000 for Ryan A. Schrader, in order to assure his appearance in court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  1/29/08                                              /s/
                                          WENDY THOMAS
                                          Special Assistant U.S. Attorney

MOTION FOR BENCH WARRANT
Case No. CR-07-0605-MAG                    -2-