1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

**FILED**

**JAN 3 0 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RYAN A. SCHRADER,<br><br>  Defendant. | Case No. CR-07-0605 MAG<br><br>[PROPOSED] ORDER FOR WARRANT |

Good cause appearing, it is hereby ordered that a bench warrant with bail set in the amount of $10,000 shall immediately issue for the arrest of the defendant, Ryan A. Schrader. This Order is based on a finding by this Court that the facts set forth in the attached Declaration of Adam Maldonado demonstrate probable cause that the defendant has committed the crimes with which he is charged, and that previous efforts by the government to obtain the defendant's appearance in court by giving notice have been unsuccessful. In light of these unsuccessful efforts to procure the defendant's appearance by other means, this Court finds that a bench warrant is necessary to secure the defendant's appearance in court on this charge.

IT IS SO ORDERED.

Dated: Jan 30, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

ORDER FOR WARRANT
Case No. CR-07-0605-MAG