## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable James Larson<br>Chief U.S. Magistrate Judge | **RE:** | Schrader, Ryan |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-0605 MAG |
| **DATE:** | May 8, 2008 | | |

FILED
2008 MAY -9 PM 3:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Brad T. Wilson__                                         __415-436-7501__
U.S. Pretrial Services Technician                    TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __F__ on __5-22-08__ at __11:00__.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:
We are scheduled for 5-22 @ 11:00. Will discuss at that time.

_____                              __5-25-08__
JUDICIAL OFFICER                                              DATE

Cover Sheet (03/26/08)