UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 22 PM 3:00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 07-0605-01 JL |
| ) | |
| RYAN A. SCHRADER ) | |

ORDER FOR ALCOHOL ASSESSMENT AID TO SENTENCING

ON MOTION OF THE COURT, pursuant to 18 U.S.C. § 3552(c), and good cause appearing, hereby ordered that the United States Probation Office select and designate a alcohol therapist/counselor for the purpose of having this defendant assessed for substance and alcohol use to assist the Court in the determination of sentence. Judgment and Sentence are set for the 30th day of October, 2008, at 11:00 a.m.

Date: 9-2-08

JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE